[No. 3965-1.    Division One.    July 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE CALVIN GASTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71434, Frank J. Eberharter, J., entered July 7, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4169-1.    Division One.    July 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND JOHN MESSMER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8812, Byron L. Swedberg, J., entered August 1, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.

[No. 4325-1.    Division One.    July 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMAN ROOSEVELT SATTERWHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 73564, Frank H. Roberts, Jr., J., entered November 24, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.

[No. 1111-2.    Division Two.    July 20, 1976.]

ANDREW J. FAISON, *Appellant*, v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 36646, Frank L. Price, J., entered April 20, 1973. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.